CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Dagoberto Rubio-Martinez**<br>YOB: 1987; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>21-00285MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(2)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about May 19, 2021, at or near Nogales, in the District of Arizona, **Dagoberto Rubio-Martinez**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through El Paso, Texas on May 12, 2015, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(2), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Dagoberto Rubio-Martinez** is a citizen of Mexico. On May 12, 2015, **Dagoberto Rubio-Martinez** was lawfully denied admission, excluded, deported and removed from the United States through El Paso, Texas. On May 19, 2021, agents found **Dagoberto Rubio-Martinez** in the United States at or near Nogales, Arizona, without the proper immigration documents. **Dagoberto Rubio-Martinez** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>CJC3/AJC<br>AUTHORIZED AUSA /s/Christopher J. Curran | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew J. Carpenter |
|---|---|
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>May 20, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54